

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00458-CR

Ex parte Tiffney Lynne McAdoo § From the 372nd District Court

§ of Tarrant County (C-372-010188-1247941-AP)

§

February 12, 2015

§

Opinion by Justice Gabriel

§

(nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
        Justice Lee Gabriel